**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Judi L. Long<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4464<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–21094–CMB | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Judi L. Long

10/11/23

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                          Case No. 23-21094-CMB

Judi L. Long                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: auto            Page 1 of 4

Date Rcvd: Oct 11, 2023            Form ID: 318            Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judi L. Long, 207 Centerdale Rd, Coraopolis, PA 15108-2603 |
| 15602532 | + | Aspire, PO BOX 105655, Atlanta, GA 30348-5655 |
| 15602539 | + | Cosmo Prof, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 15602543 | + | Genesis Credit Manag, 906 SE Everett Mall Way, Everett, WA 98208-3744 |
| 15602544 | + | James Long, 228 Morton Ave, Butler, PA 16001-6352 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Oct 12 2023 04:25:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Oct 12 2023 04:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2023 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 12 2023 04:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2023 00:31:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Oct 12 2023 04:25:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Oct 12 2023 00:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 12 2023 00:30:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15602528 | + | EDI: WFNNB.COM | Oct 12 2023 04:25:00 | ADS/Comenity/Wayfair, PO BOX 182789, Columbus, OH 43218-2789 |
| 15602529 | + | Email/Text: backoffice@affirm.com | Oct 12 2023 00:31:00 | Affirm Inc, 30 Isabella St FL 4L12, Pittsburgh, PA 15212-5862 |
| 15602531 | + | EDI: GMACFS.COM | Oct 12 2023 04:25:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |

Case 23-21094-CMB   Doc 22   Filed 10/13/23   Entered 10/14/23 00:28:59   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: 318 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15602533 | + | EDI: CITICORP.COM | Oct 12 2023 04:25:00 | Best Buy VISA, PO BOX 790441, Saint Louis, MO 63179-0441 |
| 15602537 | + | EDI: WFNNB.COM | Oct 12 2023 04:25:00 | COMENITY BANK/VICTORIASSECRET, PO BOX 182789, Columbus, OH 43218-2789 |
| 15602538 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM Oct 12 2023 00:30:00 | | Cortrust Bank, PO BOX 7030, Mitchell, SD 57301 |
| 15602535 | + | EDI: CAPITALONE.COM | Oct 12 2023 04:25:00 | Capital One Mastercard, PO Box 71083, Charlotte, NC 28272-1083 |
| 15602536 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 12 2023 00:31:00 | Clearview FCU, 8805 University BV, Coraopolis, PA 15108-4212 |
| 15602540 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2023 00:36:41 | Credit One Mastercard, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15602541 | | Email/Text: BNSFN@capitalsvcs.com | Oct 12 2023 00:30:00 | First National Credit, 500 E 60th St N, Sioux Falls, SD 57104 |
| 15602545 | | Email/Text: BNSFN@capitalsvcs.com | Oct 12 2023 00:30:00 | Legacy, PO BOX 5097, Sioux Falls, SD 57117 |
| 15602542 | | Email/Text: BNSFS@capitalsvcs.com | Oct 12 2023 00:30:00 | First Savings CC, PO BOX 2509, Omaha, NE 08103 |
| 15602534 | | Email/Text: BNBLAZE@capitalsvcs.com | Oct 12 2023 00:30:00 | Blaze, PO BOX 5096, Sioux Falls, SD 57117 |
| 15602546 | | Email/Text: ml-ebn@missionlane.com | Oct 12 2023 00:30:00 | Mission Lane, PO BOX 105286, Atlanta, GA 30348 |
| 15602547 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 12 2023 00:30:00 | Mr. Cooper, PO BOX 8118060 5801 Postal Rd, Cleveland, OH 44181-2184 |
| 15602548 | + | EDI: RMSC.COM | Oct 12 2023 04:25:00 | PAYPAL CREDIT, PO BOX 71707, Philadelphia, PA 19176-1707 |
| 15602550 | + | EDI: RMSC.COM | Oct 12 2023 04:25:00 | SYNCB/JC PENNEY, PO BOX 965007, Orlando, FL 32896-5007 |
| 15602551 | + | EDI: RMSC.COM | Oct 12 2023 04:25:00 | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 15602549 | + | EDI: RMSC.COM | Oct 12 2023 04:25:00 | Syncb/Amazon Plcc, PO Box 965015, Orlando, FL 32896-5015 |
| 15602552 | + | EDI: WTRRNBANK.COM | Oct 12 2023 04:25:00 | Target Mastercard, PO Box 660170, Dallas, TX 75266-0170 |
| 15602553 | | Email/Text: bknotice@upgrade.com | Oct 12 2023 00:30:00 | Upgrade, 275 Battery St, 23rd Floor, San Francisco, CA 94111 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| 15604984 | *+ | ADS/Comenity/Wayfair, PO BOX 182789, Columbus, OH 43218-2789 |
| 15604985 | *+ | Affirm Inc, 30 Isabella St FL 4L12, Pittsburgh, PA 15212-5862 |
| 15602530 | *+ | Affirm Inc., 30 Isabella St FL 4L12, Pittsburgh, PA 15212-5862 |
| 15604986 | *+ | Affirm Inc., 30 Isabella St FL 4L12, Pittsburgh, PA 15212-5862 |
| 15604987 | *+ | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15604988 | *+ | Aspire, PO BOX 105655, Atlanta, GA 30348-5655 |
| 15604989 | *+ | Best Buy VISA, PO BOX 790441, Saint Louis, MO 63179-0441 |
| 15604993 | *+ | COMENITY BANK/VICTORIASSECRET, PO BOX 182789, Columbus, OH 43218-2789 |
| 15604994 | *P++ | CORTRUST BANK, PO BOX 7030, MITCHELL SD 57301-7030, address filed with court:, Cortrust Bank, PO BOX 7030, Mitchell, SD 57301 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: 318 | Total Noticed: 32 |

| | | |
|---|---|---|
| 15604991 | *+ | Capital One Mastercard, PO Box 71083, Charlotte, NC 28272-1083 |
| 15604992 | *+ | Clearview FCU, 8805 University BV, Coraopolis, PA 15108-4212 |
| 15604995 | *+ | Cosmo Prof, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 15604996 | *+ | Credit One Mastercard, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15604997 | *P++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First National Credit, 500 E 60th St N, Sioux Falls, SD 57104 |
| 15605001 | *P++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Legacy, PO BOX 5097, Sioux Falls, SD 57117 |
| 15604998 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings CC, PO BOX 2509, Omaha, NE 08103 |
| 15604990 | *P++ | FIRST SAVINGS BANK BLAZE, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Blaze, PO BOX 5096, Sioux Falls, SD 57117 |
| 15604999 | *+ | Genesis Credit Manag, 906 SE Everett Mall Way, Everett, WA 98208-3744 |
| 15605000 | *+ | James Long, 228 Morton Ave, Butler, PA 16001-6352 |
| 15605002 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane, PO BOX 105286, Atlanta, GA 30348 |
| 15605003 | *+ | Mr. Cooper, PO BOX 8118060 5801 Postal Rd, Cleveland, OH 44181-2184 |
| 15605004 | *+ | PAYPAL CREDIT, PO BOX 71707, Philadelphia, PA 19176-1707 |
| 15605006 | *+ | SYNCB/JC PENNEY, PO BOX 965007, Orlando, FL 32896-5007 |
| 15605007 | *+ | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 15605005 | *+ | Syncb/Amazon Plcc, PO Box 965015, Orlando, FL 32896-5015 |
| 15605008 | *+ | Target Mastercard, PO Box 660170, Dallas, TX 75266-0170 |
| 15605009 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, 275 Battery St, 23rd Floor, San Francisco, CA 94111 |

TOTAL: 1 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023                              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Max C. Feldman | on behalf of Debtor Judi L. Long mfeldman@attorneyfeldman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Oct 11, 2023 | Form ID: 318 | Total Noticed: 32

Rosemary C. Crawford    crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 8